IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADRIAN VIDALES,<br><br>Plaintiff,<br><br>v.<br><br>RICARDO SANCHEZ, BED ROCK, INC., and ROADMASTER GROUP II, LLC<br><br>Defendants. | :<br>:<br>:<br>:<br>: NO.<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF REMOVAL

TO:  Andrian Vidales
c/o Michael Boland, Esquire
350 Village Drive, Unit 1475
King of Prussia, PA  19406

PLEASE TAKE NOTICE that on June 1, 2022, Petitioners/Defendants, Bed Rock, Inc. dba Tri-State Motor Transit Co., incorrectly identified as "Bedrock, Inc." and Roadmaster Group II, LLC, filed in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania the within Notice of Removal.

The Notice of Removal is also being filed with the Court of Common Pleas of Lebanon County pursuant to 28 U.S.C. §1446(d).

A Praecipe to Remove the case from the Lebanon County docket will be filed after the Federal Court assigns this matter an appropriate civil action number.

CIPRIANI & WERNER, P.C.

By:  /s/ *Mary Ellen Conroy*
Mary Ellen Conroy, Esquire
PA Attorney ID No. 73976
450 Sentry Parkway, Suite 200
Blue Bell, PA 19422
(610) 567-0700
mconroy@c-wlaw.com
*Attorney for Petitioners/Defendants,*
*Bed Rock, Inc. dba Tri-State Motor Transit Co.,*
*incorrectly identified as "Bedrock, Inc." and*
*Roadmaster Group II, LLC*

Date:  June 1, 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADRIAN VIDALES, | : |
| | : |
| **Plaintiff,** | : |
| | : NO. |
| v. | : |
| | : |
| RICARDO SANCHEZ, BED ROCK, INC., and ROADMASTER GROUP II, LLC | : |
| | : |
| **Defendants.** | : |

### PETITION FOR REMOVAL

Petitioners/Defendants, Bed Rock, Inc. dba Tri-State Motor Transit Co., incorrectly identified as "Bedrock, Inc." and Roadmaster Group II, LLC (hereinafter "Removing Defendants"), by and through their attorneys, Cipriani & Werner, P.C. and Mary Ellen Conroy, Esquire hereby files the within Notice of Removal to the United States District Court for the Eastern District of Pennsylvania, stating as follows:

**Alleged Facts:**

1. Plaintiff's claims arise from an allegation that he was operating a vehicle on April 30, 2020 in Lebanon County when he involved in a motor vehicle accident with a tractor/trailer then owned by Defendant Bed Rock, Inc. and operated by Ricardo Sanchez. (A true and correct copy of Plaintiff's Complaint is attached hereto as Exhibit "A.")

2. Plaintiff instituted this action in the Court of Common Pleas of Lebanon County by filing a Civil Action Complaint on April 29, 2022, at docket number 2022-00530. (A true and correct copy of the docket is attached hereto as Exhibit "B.").

3. Plaintiff, in his Complaint, is demanding judgment against Defendants on grounds of negligence, vicarious liability, negligent entrustment, hiring, training and supervision, for an amount in excess of $50,000.00 in accordance with Pennsylvania Rules of Civil Procedure. (See Complaint, Ex. "A.")

4. There is no service to date on Defendant Ricardo Sanchez.

**Diversity of Citizenship:**

5. Plaintiff, based on information and belief, and as alleged in his Complaint, is a resident of California with a residence located at 2468 S. Woodrow Ave. Fresno California 93725. (See Complaint, Ex. "A," ¶¶ 1.)

6. Defendant Ricardo Sanchez resides at 125 Levin Road, Hurlyville, New York 12747.

7. Defendant Bed Rock, Inc dba Tri-State Motor Transit Co. is a Missouri corporation with its principal place of business located at 8141 E. 7th Street, Joplin, MO 64801.

8. Defendant Roadmaster Group II, LLC is a Delaware Corporation with its principal place of business located at 17235 N. 75th Avenue, Suite D175, Glendale, AZ 85308.

9. Accordingly, because Plaintiff and Defendants are citizens of different states, complete diversity of citizenship exists between the parties in accordance with 28 U.S.C. § 1332, and 28 U.S.C. § 1441.

**Amount in Controversy:**

10. In the Complaint, Plaintiff Adrian Vidales seeks to recover for injuries sustained to his neck, low back, left leg, discomfort and pain in the lumbar spine and bilateral lower extremity, injuries to L4-L5, loss of intervertebral disk height seen at the C5-C6 levels with straightening of normal cervical spine lordosis; 2.1 mm broad-based disk protrusion is seen

impressing upon the anterior portion of the thecal sac with mild bilateral neural foraminal stenosis in L4-L5; 2.7 mm broad-based disk protrusion is seen impressing upon the anterior portion of the thecal sac with mild bilateral neural foraminal stenosis in C5-C6; Muscle and/or nerve injuries in right anterior tibialis; Past and future pain and suffering; Past and future mental anguish; Past and future humiliation; Past and future embarrassment; Past and future medical expenses; Past and future personal expenses; Past and future loss of wages; Past and future loss of earning capacity; Loss of life's pleasures; and Injuries, damages, and consequences of which Plaintiff Vidales has no present knowledge, and all damages as set forth in greater detail in Plaintiff Vidales' medical. (See Complaint, Ex. "A," ¶ 11)

11. Plaintiff alleges that his injuries are permanent and that he continues to suffer pain. (See Complaint, Ex. "A," ¶¶ 10 and 11.)

12. Plaintiff alleges he has or may suffer lost income and loss of earning capacity. (See Complaint, Ex. "A," ¶ 11.)

13. Plaintiff alleges that he has and may incur future medical expenses due to his injuries. (See Complaint, Ex. "A," ¶ 11.)

14. Plaintiff's allegations of physical injury, coupled with allegations of loss of earnings, mental anguish and permanency make this a claim where a verdict could undoubtedly exceed the $75,000.00 jurisdictional threshold.

15. A verdict search on WestLaw for tractor-trailer accident cases with similar injuries like a herniated disk resulted in verdicts ranging from $140,000 to $2.7 million as follows:

    a. Bare v. Anderson, 2010 WL 4165818 (Ct. Comm. Pl. Delaware Cnty.. July 29, 2010).

    (i) Plaintiff was awarded $140,000 after he was driving his tractor-trailer and was struck from behind by an SUV. His injuries included a herniated disc, wrist fracture, left wrist tendon damage, and more.

  b. <u>Thompson v. Lau</u>, 2010 WL 5857837 (Ct. Comm. Pl. Philadelphia Cnty. Dec. 7, 2010).

    (i) Plaintiff was awarded $900,000 after he was operating his roll-off truck and was struck by a tractor trailer. Plaintiff experienced numerous herniated discs, which required surgeries, and sought to recover for lost wages and pain and suffering.

  c. <u>Staton v. Bengal Converting Services Inc.</u>, No. 507665 (Unk. Pa. State Ct. Aug. 1, 2009).

    (i) Plaintiff was awarded $1,100,000 after his tractor-trailer flipped over because of improperly stacked materials. Plaintiff suffered a herniated lumbar disc and numerous other injuries.

  d. <u>Lawler v. Laidlaw Carriers Flatbed GP</u>, 2011 WL 7659214 (E.D. Pa. Aug. 4, 2011).

    (i) Plaintiff was awarded $2,761,791 after he was struck by a tractor-trailer, while driving a tractor-trailer, and experienced a C3-4 disc herniations, right neuroforaminal disc displacement at C3-4, disc bulges at C5-6 and C6-7, closed head injury, post- concussion syndrome, anxiety, spinal cord injury, cervical and lumbar strain/sprain; medical expenses; lost wages; loss of earning capacity.

16. In accordance with §1332, this case involves (a) injuries, which, as alleged, could exceed $75,000.00, exclusive of interest and costs; and (b) is between citizens of different states. 28 U.S.C. § 1332(a)(3).

17. Additionally, in accordance with applicable Federal Rules of Civil Procedure and/or Statutes, namely 28 U.S.C.A. §1446(b), this Notice of Removal was filed within thirty (30) days after Removing Defendants received service of Plaintiff's Complaint. See <u>Johnson v. Vertis, Inc.</u>, 2002 WL 31388817 (E.D. Pa.) (citing 28 U.S.C. § 1446(b)).

18. Accordingly, pursuant to 28 U.S.C. §1332, this is a civil action that may be removed by Defendants and over which this Court has original jurisdiction.

**WHEREFORE**, Defendants Bed Rock, Inc. dba Tri-State Motor Transit Co., incorrectly identified as "Bedrock, Inc." and Roadmaster Group II, LLC, respectfully requests that the aforementioned civil action commenced against it be removed to this Court for all further proceedings.

**CIPRIANI & WERNER, P.C.**

By:  /s/ *Mary Ellen Conroy*
Mary Ellen Conroy, Esquire
PA Attorney ID No. 73976
450 Sentry Parkway, Suite 200
Blue Bell, PA 19422
(610) 567-0700
mconroy@c-wlaw.com
*Attorney for Petitioners/Defendants,*
*Bed Rock, Inc. dba Tri-State Motor Transit Co.,*
*incorrectly identified as "Bed Rock, Inc". and*
*Roadmaster Group II, LLC*

Date: June 1, 2022