### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ADRIAN VIDALES** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **RICARDO SANCHEZ, BED ROCK, INC.,** | : | |
| **and ROADMASTER GROUP II** | : | **NO. 22-2150** |

### ORDER

**NOW,** this 8th day of June, 2022, upon consideration of the Notice of Removal (Document No. 1) and the plaintiff's complaint, it is **ORDERED** that pursuant to 28 U.S.C. § 1447(c), this action is **REMANDED** to the state court from which it was removed.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.